IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Alejandro Tapia | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:15cv997 (JCC/TCB) |
| v. | ) | |
| | ) | |
| Taka, Inc. and Paul Khahn Nguyen | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the March 7, 2016 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff, Alejandro Tapia, and against the Defendants, Taka, Inc. and Paul Khahn Nguyen in the amount of $26,064.06, which reflects $9,389.53 in unpaid minimum and overtime wages, $9,389.53 in liquidated damages, $6,730.00 in attorneys' fees, and $555.00 in costs.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia
April 5, 2016